Opinion issued May 15, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00040-CV






ELECTRO MEDIATION TECHNOLOGIES, INC., Appellant


V.


PELICAN WASTE, INC., KEN MILLER, JR.; TRACY BIAS, AND JASON
MILLER, Appellees






On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2002-22693






MEMORANDUM OPINION Appellant Electro Mediation Technologies, Inc. has neither established
indigence, nor paid or made arrangements to pay the clerk's fee for preparing the
clerk's record. See Tex. R. App. P. 20.1 (listing requirements for establishing
indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to
appellant's fault). After being notified that this appeal was subject to dismissal,
appellant Electro Mediation Technologies, Inc. did not adequately respond. See Tex.
R. App. P. 42.3(c) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to pay or make
arrangements to pay the clerk's fee. All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley.